# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

| | |
|---|---|
| **CHRISTINE PERRIGO,** | )<br>) |
| **Plaintiff** | )<br>) |
| | ) CIVIL NO. 2:05cv2207 |
| v | )<br>) |
| **WHITLEY PRODUCTS, INC.,** | )<br>) |
| **Defendant.** | ) |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice* of Martha M. Lemert of the law firm of Baker & Daniels LLP to appear as additional counsel for Whitley Products, Inc. in this matter filed on July 7, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Martha M. Lemert is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

**Signed: July 14, 2005**

Dennis L. Howell
United States Magistrate Judge